CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 2 3 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ADAM DARRICK TOGHILL,<br> Petitioner, | ) | Civil Action No. 7:15-cv-00119 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| HAROLD W. CLARKE,<br> Respondent. | ) | By: Hon. Michael F. Urbanski<br>   United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is

**ADJUDGED and ORDERED**

that Respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**; a certificate of appealability is **GRANTED** as to whether the Supreme Court of Virginia's adjudication of claim one is contrary to, or an unreasonable application of, Lawrence v. Texas, 539 U.S. 558 (2003), under the analysis required by 28 U.S.C. § 2254, Williams v. Taylor, 529 U.S. 362 (2000), and its progeny, but is **DENIED** as to any other claim; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 22nd day of February, 2016.

/s/ Michael F. Urbanski
_____
United States District Judge